UNITED STATES of America, Plaintiff–Appellee,

v.

Brandon Shane GRAVATT, a/k/a Brandy, a/k/a B, Defendant–Appellant.

No. 13–6533.

United States Court of Appeals, Fourth Circuit.

Submitted: June 20, 2013.

Decided: June 26, 2013.

Brandon Shane Gravatt, Appellant Pro Se. Stacey Denise Haynes, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before GREGORY, DUNCAN, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brandon Shane Gravatt appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Gravatt,* No. 5:01–cr–00736–CMC–1 (D.S.C. March 27, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid in the decisional process.

*AFFIRMED.*